# Exhibit A

Nassau County District Court - 1st District
County of Nassau
-------------------------------------------------x
Jarrett R Jenkins
        Plaintiff(s)
 -against-
Northstar Location Services, LLC
        Defendant(s)
-------------------------------------------------x



**SUMMONS**
Index No. **CV-009612-25/NA**

Plaintiff's Residence Address:
Jarrett R Jenkins, at 334 Locust Street, Apt. 1, West Hempstead, NY 11552

The basis of the venue designated is:
Plaintiff Resides in Nassau County

To the above named defendant:
YOU ARE HEREBY SUMMONED and required to appear in the District Court of the COUNTY OF Nassau, Nassau County District Court - 1st District, at the office of the Clerk of the said Court at 99 Main Street, Hempstead, NY 11550 in the County of Nassau, State of New York, by serving an answer to the annexed complaint upon plaintiff's attorney, at the address stated below, or if there is no attorney, upon the plaintiff, at the address stated above, within the time provided by law as noted below; upon your failure to answer, judgment will be taken against you for the relief demanded in the complaint, together with the costs of this action.

Dated: August 6, 2025

**BRENDA HAYDEN**
**CLERK - CIVIL TERM**
_____
Clerk of the Court

**08.11.2025**
**DISC**
**JENKINS**
**6011208835159982**
**6876279**

Nassau County District Court - 1st District, on the request of self-represented plaintiff:
Jarrett R Jenkins, at 334 Locust Street, Apt. 1, West Hempstead, NY 11552

NOTE: The law or rules of court provide that:
a. if this summons is served by its delivery to you, or (for a corporation) an agent authorized to receive service, personally within the County of Nassau you must answer within 20 days after such service; or
b. if this summons is served otherwise than as designated in subdivision (a) above, you are allowed 30 days to answer after the proof of service is filed with the Clerk of this Court.
c. You are required to file a copy of your answer together with proof of service with the clerk of the district in which the action is brought within 10 days of the service of the answer.

To: NorthStar Location Services, LLC, at 4285 Genesee Street, Cheektowaga, NY 14225



RECEIVED
AUG 0 6 2025
DISTRICT COURT - CIVIL TERM
99 MAIN STREET, HEMPSTEAD NY 11550

Generated 08/06/2025    [10JDN] SRL Summons and Instructions    Page 1

**DISTRICT COURT COUNTY OF NASSAU**
**FIRST DISTRICT, CIVIL PART**

CV-009612-25

-------------------------------------------------------X
Jarrett R. Jenkins,

               Plaintiff,                              **COMPLAINT**

      -against-

Northstar Location Services, LLC.,              **FORMAL PLEADINGS**

             Defendant,
-------------------------------------------------------X

Comes now, the Plaintiff, Jarrett R. Jenkins respectfully submits and alleges as follows:

### PARTIES

1. Plaintiff, Jarrett R. Jenkins is a natural person who resides at 334 Locust Street, Apt. 1, West Hempstead, NY 11552.

2. Defendant, Northstar Location Services, LLC (hereinafter "Northstar") is a domestic business entity with its principal place of business at 4285 Genesee Street, Cheektowaga, NY 14225.

3. Upon information and belief, Defendant operated on its' own behalf at all times or as an agent, affiliate, partner, and/or under or through the employ of an unknown entity.

### JURISDICTION AND VENUE

4. Jurisdiction of this Court arises under 28 USC §1331 and pursuant to The Fair Credit Reporting Act (hereinafter "FCRA"), 15 USC §1681p).

5. Venue is proper in this district because the cause of action arouse in Nassau County which is located in the Eastern District Of New York.

6. Upon information and belief Defendant accesses consumer credit reports from the national credit reporting agencies i.e. Transunion, Experian, Equifax and Innovis; as such is governed under the law by the FCRA.

## GENERAL ALLEGATIONS

7. Plaintiff obtained his Transunion consumer credit report on or about March 27, 2025.

8. Plaintiff found after examining his Transunion consumer credit report that the Defendant, Northstar had obtained the Plaintiff's Transunion consumer credit report on July 9, 2024.

9. Discovery of the violation brought forth herein occurred on March 27, 2025 and is within the statute of limitations as defined in the FCRA, 15 U.S.C. §1681p.

## FIRST CAUSE OF ACTION: 15 U.S.C.§1681b
## FAIR CREDIT REPORTING ACT VIOLATION

10. Paragraphs 1 through 9 are re-alleged as though fully set forth herein.

11. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

12. Transunion is a credit reporting agency within the meaning of the FCRA, 15 U.S.C. §1681a(f).

13. Consumer credit report is a consumer report within the meaning of the FCRA, 15 U.S.C. §1681a(d).

14. The FCRA, 15 U.S.C. §1681b defines the permissible purposes for which a person may obtain a consumer credit report.

15. Such permissible purposes as defined by 15 U.S.C. §1681b are generally, if the consumer makes application for credit, makes application for employment, for underwriting of insurance involving the consumer, or is offered a bonafide offer of credit or insurance as a result of the inquiry.

16. Plaintiff has never had any business relationship, dealings or any accounts with, made application for credit from, made application for employment with, applied for insurance from, or received a bonafied offer of credit from the Defendant, Radius Global.

17. On July 9, 2024, Defendant obtained the Transunion consumer credit report of the Plaintiff with no permissible purpose in violation of the FCRA, 15 U.S.C. §1681b.

18. At no time did Plaintiff give his consent for Northstar to acquire his consumer credit report

from any credit reporting agency.

19. The action of Defendant obtaining the consumer credit report of the Plaintiff with no permissible purpose or Plaintiff's consent was a willful violation of the FCRA, 15 U.S.C. §1681b and an egregious violation of the Plaintiff's right to privacy, not to mention, the embarrassment, humiliation, powerlessness and other mental and emotional distress related to the alleged event.

20. The Defendant had the duty to properly ascertain if there was any **legitimate** permissible purpose before obtaining the Plaintiff's credit report and Defendant breached said duty by failing to do so. There was no account that the Defendant had any right to collect to have had permissible purpose to obtain the Plaintiff's credit report therefore, the Plaintiff is entitled to damages.

21. As a result of Northstar's willful practice of violating The Fair Credit Reporting Act, Northstar is liable under 15 U.S.C. §1681n for punitive damages in an amount sufficient to deter Northstar from engaging in this kind of illegal practice in the future. In the alternative, the Defendant was negligent, entitling the Plaintiff to recover under 15 U.S.C. §1681o.

22. The Plaintiff is entitled to recover actual damages and/or statutory damages, costs and attorney's fees from the Defendant in an amount to be determined by the Court pursuant to 15 U.S.C. §1681n and/or §1681o.

**WHEREFORE**, Plaintiff, Jarrett R. Jenkins prays that the Court enter an order against the Defendant, Northstar Location Services, LLC., that:

1. Declares' that the Defendant's conduct violated the FCRA;

2. Awards statutory damages of $1,000.00 as listed under the FCRA, pursuant to 15 U.S.C. §1681n (a)(1)(A) or in the alternative for negligent conduct pursuant to 15 U.S.C. §1681o,

3. If the Court allows, award punitive damages as provided under the FCRA, pursuant to 15 U.S.C. §1681n (a)(2),

4. Award any attorney's fees and costs pursuant to 15 U.S.C. §1681n (a) (3),

5. Other damages as allowed by the court.

                                               Respectfully Submitted,

July 9, 2025

                                           _____
                                           Jarrett R. Jenkins, Plaintiff
                                           334 Locust Street, Apt. 1
                                           West Hempstead, NY 11552
                                           516-688-0078
                                           jrobertjenkins@gmail.com

## VERIFICATION

Jarrett R. Jenkins, being duly sworn, deposes and says:

I am the Plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters, I believe them to be true.

_____
Jarrett R. Jenkins, Plaintiff

Sworn to before me this
04 day of AUGUST, 2025

_____
Notary Public

YADAV HASTIR
Notary Public of New York
Registration # 01HA0012317
Qualified in Nassau County
My Commission Expires 08/21/2027