UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JARRETT R. JENKINS,**<br><br>*Plaintiff*,<br><br>-*against*-<br><br>**NORTHSTAR LOCATION SERVICES, LLC,**<br><br>*Defendant*. | **CERTIFICATE OF SERVICE**<br><br>Nassau County District Court – 1st District Index No.:<br>CV-009612-25/NA<br><br>EDNY Civil No: |

I hereby certify that on November 3, 2025, I mailed the foregoing Civil Cover Sheet and Notice of Removal with attached exhibit, by U.S. mail delivery service upon: Jarrett R. Jenkins, pro se plaintiff, at 334 Locust Street, Apt. 1, West Hempstead, New York 11552; and by electronic mail at jrobertjenkins@gmail.com.

**DATED:**  November 3, 2025

**BARCLAY DAMON LLP**

By: *s/ Mark T. Whitford Jr.*
    Mark T. Whitford, Jr.
    Paul A. Sanders

*Attorneys for Defendant*
*Northstar Location Services, LLC*
Office and Post Office Address
2000 Five Star Bank Plaza
100 Chestnut Street
Rochester, New York 14604
Tel: (585) 295-4426
Email: psanders@barclaydamon.com

32688720.1