**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

JARRETT R. JENKINS,

Plaintiff,

-against-

NORTHSTAR LOCATION SERVICES, LLC.

Defendant.
--------------------------------------------------------------X

**ORDER**
**CV-25-6131 (NCM)**

**All cases have been assigned to the Court's Electronic Case Filing Program. With the exception of *pro se* parties only, all counsel are to file all submissions electronically and will ONLY receive correspondence from the Court electronically. It is the responsibility of ALL parties to confirm that their contact information is correct at the time of filing the complaint or answer, as well as regularly monitor the status of their cases in order to avoid missing court appearances or deadlines set by the Court.**

The plaintiff in the above-captioned case is proceeding *pro se*. Accordingly, an initial conference will be held at **10:30 a.m. on February 6, 2026** before United States Magistrate Judge Steven L. Tiscione by phone. All parties must participate and shall connect to the conference through dial-in number 571-353-2301 with ID#179933855.

**A completed discovery plan worksheet is not required at this time. The Court will confer with the parties during the conference and set a schedule for discovery.**

Requests for adjournment must be made in accordance with chambers individual rules or they will not be considered by the Court.

Plaintiff has consented to receive notifications electronically, accordingly, a hard copy of this Order will not be mailed to Plaintiff by the Court.

**SO ORDERED.**

**Dated: Central Islip, New York**
**December 30, 2025**

s/
**STEVEN L. TISCIONE**
**UNITED STATES MAGISTRATE JUDGE**