UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**JARRETT R. JENKINS**

*Plaintiff,*

*-vs-*

**NORTHSTAR LOCATION SERVICES, LLC**,

*Defendant.*

**VERIFIED ANSWER**

Civil No.: 2:25-cv-06131

Defendant, Northstar Location Services, LLC, by its attorneys, Barclay Damon LLP, as and for its Answer to the Complaint of Plaintiff, alleges as follows:

## PARTIES

1. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint.

2. Admits the allegations contained in Paragraph 2 of the Complaint.

3. Denies the allegations contained in Paragraph 3 of the Complaint.

## JURISDICTION AND VENUE

4. The allegations contained in Paragraph 4 are legal conclusions to which no response is required. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of the Complaint and refers all questions of law to the Court.

5. The allegations contained in Paragraph 5 are legal conclusions to which no response is required. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of the Complaint and refers all questions of law to the Court.

6. The allegations contained in Paragraph 6 are legal conclusions to which no response is required. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of the Complaint and refers all questions of law to the Court.

**GENERAL ALLEGATIONS**

7. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of the Complaint.

8. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of the Complaint.

9. Denies the allegations contained in Paragraph 9 of the Complaint.

**FIRST CAUSE OF ACTION**

10. Repeats and realleges its response to Paragraphs 1 through 9 as if fully set forth herein.

11. The allegations contained in Paragraph 11 are legal conclusions to which no response is required. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of the Complaint and refers all questions of law to the Court.

12. The allegations contained in Paragraph 12 are legal conclusions to which no response is required. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of the Complaint and refers all questions of law to the Court.

13. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of the Complaint.

14. The allegations contained in Paragraph 14 are legal conclusions to which no response is required. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of the Complaint and refers all questions of law to the Court.

15. The allegations contained in Paragraph 15 are legal conclusions to which no response is required. To the extent a response is required, Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of the Complaint and refers all questions of law to the Court.

16. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of the Complaint.

17. Denies the allegations contained in Paragraph 17 of the Complaint.

18. Denies the allegations contained in Paragraph 18 of the Complaint.

19. Denies the allegations contained in Paragraph 19 of the Complaint.

20. Denies the allegations contained in Paragraph 20 of the Complaint.

21. Denies the allegations contained in Paragraph 21 of the Complaint.

22. Denies the allegations contained in Paragraph 22 of the Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

23. With respect to Plaintiff's allegations in the Complaint, any violations as alleged by the Plaintiff were not intentional and resulted from a *bona fide* error notwithstanding the maintenance of procedures reasonable adapted to avoid any such error.

### SECOND AFFIRMATIVE DEFENSE

24. With respect to Plaintiff's allegations in the Complaint, any violations as alleged

by the Plaintiff were not actionable due to lawful right, legal defense, legal justification and/or legal excuse.

**THIRD AFFIRMATIVE DEFENSE**

25. Upon information and belief, Plaintiff may have brought this action against Defendant in bad faith and for the purposes of harassment, in violation of 15 U.S.C. 1692(k).

**FOURTH AFFIRMATIVE DEFENSE**

26. Defendant did not violate the Fair Credit Reporting Act because Defendant had a permissible purpose to request Plaintiff's consumer credit report in connection with the collection of a debt.

**FIFTH AFFIRMATIVE DEFENSE**

27. Defendant reserves the right to amend other defenses which may become apparent through the course of discovery of this case.

**WHEREFORE,** Defendant, Northstar Location Services, LLC, respectfully requests that the Court: (i) enter judgment in its favor; (ii) dismiss the plaintiff's Complaint against it; (iii) award Defendant's attorneys' fees and costs; and (iv) grant such other and further relief as the Court deems just and proper.

**DATED:** January 15, 2026

**BARCLAY DAMON LLP**

By: *_/s/ Paul A. Sanders_*
Paul A. Sanders

*Attorneys for Defendant*
Office and Post Office Address
100 Chestnut Street, Suite 2000
Rochester, New York 14604
Telephone: (585) 295-4426
E-mail: psanders@barclaydamon.com

**Verification**

Paul Sanders, affirms that he is a partner with Barclay Damon LLP, attorneys for the defendant Northstar Location Services, LLC, in the above entitled action; he has read the foregoing Verified Answer and the same is true of his own knowledge, except as to matters therein stated to be alleged on information and belief, and as to those matters he believes it to be true; the reason this verification is not made by said defendant is that it is not within the County of Monroe, which is the county where the deponent has his office.

*/s/ Paul A. Sanders*
Paul A. Sanders