**CIVIL MINUTE ENTRY**

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | February 6, 2026 |
| TIME: | 10:30 am |
| DOCKET NUMBER(S): | 25-cv-3998-NCM-ST; 25-cv-6131-NCM-ST; 25-cv-6226-NCM-ST |
| NAME OF CASE(S): | Jenkins v. Radius Global, Northstar Location Services, Trans Union |
| FOR PLAINTIFF(S): | Jenkins, pro se |
| FOR DEFENDANT(S): | Easley, Sanders, Whitford, Nicodemus, Blankenberger |
| NEXT CONFERENCE(S): | Telephone Conference - June 15, 2026 at 10:00 a.m. |
| FTR/COURT REPORTER: | Cisco (10:30 - 10:45) |

RULINGS FROM  Initial Conference            :

All paper discovery will be completed by June 6, 2026.  The Court will hold a further telephone conference on June 15, 2026 at 10:00 a.m.  All parties must participate and shall connect to the conference through dial in number 571-353-2301 with ID # 771869760.