UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**JARRETT R. JENKINS,**

*Plaintiff,*

*-against-*

**NORTHSTAR LOCATION SERVICES, INC.,**

*Defendant.*

**NOTICE OF APPEARANCE**

2:25-cv-06131 (NCM-ST)

**TO THE CLERK OF THE COURT:**

Please enter the appearance of Alec R. Herbert, Esq. of Barclay Damon LLP, 200 Delaware Avenue, Suite 1200, Buffalo, NY 14202, as counsel in the above-entitled action for Defendant Northstar Location Services, Inc.

**DATED**: November 6, 2026

**BARCLAY DAMON LLP**

By: /s/ *Alec R. Herbert*
Alec R. Herbert
*Attorneys for Defendant*
*Northstar Location Services, Inc.*
The Avant Building
200 Delaware Avenue, Suite 1200
Buffalo, NY 14202
(716) 566-1548
aherbert@barclaydamon.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 6, , service of the foregoing document was made upon counsel of record via the Court's CM/ECF system.

*/s/ Alec R. Herbert*
Alec R. Herbert