FILED
CLERK
11/9/2026
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

United States District Court
Eastern District of New York

---

# NOTICE OF RELATED CASE

The Civil Cover Sheet filed in civil action

**2:26-cv-7204-NCM-ST**

1) indicated that this case is related to the following case(s):

-OR-

2) was directly assigned as a Pro Se or Habeas case as related to

2:13-cv-04879-SJF-AKT, 2:13-cv-05236-SJF-AKT, 2:13-cv-07199-SJ F-AKT, 2:14-cv-03532-SJF-AKT, 2:14cv-05682-SJF-AKT, 2:14-cv-05684-SJF-AKT, 2:14-cv-05685-SJF-AKT, 2:14-cv-05687-SJF-AKT, 2:15-cv-01361-SJF-AKT, 2:15-cv-02415-SJF-AKT, 2:15-cv-03611-SJF-AKT, 2:15-cv-03895-SJF-AKT, 2:15-cv-04089-SJF- AKT, 2:15-cv-04090-SJF-AKT, 2:15-cv-06697-SJF-AKT, 2:16-cv-03040-JFB-AKT, 2:16-cv-03995-JFB-AKT, 2:17-cv-02774-JFB-AKT, 2:18-cv-00609-JFB-AKT, 2:21-cv-01884-PKC-AKT, 2:21-cv-05066-PKC-ST, 2:25-cv-03998-NCM-ST, 2:25-cv-05694-NCM-ST, 2:25-cv-06131-NCM-ST, 2:25-cv-06226-NCM-ST, 2:26-cv-01140-NCM-ST, 2:26-cv-02308-NCM-ST, 2:26-cv-03347-NCM-ST, 2:24-cv-00163-NCM-ST, 2:24-cv-00319-NCM-ST, 2:24-cv-00340-SJB-ST, 2:24-cv-00367-NCM-ST, 2:24-cv-00370-NCM-ST, 2:25-cv-03055-NCM-ST, 2:25-cv-03878-NCM-ST, 1:26-cv-05362-NCM-ST, 2:25-cv-06081-NCM-ST, 2:26-cv-03587-NCM-ST